UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT SANCHEZ CHURBE,  )<br>)<br>Plaintiff,  )<br>)<br>VS.  )<br>)<br>THE HIDDEN DOOR, ET AL.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO.<br><br>3:06-CV-0886-G<br><br>**ECF** |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

June 29, 2006.

_____
A. JOE FISH
CHIEF JUDGE